**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tonzof Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Tool King, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-1266964** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **22465 Loveland Street Lakewood, CO 80228** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Jefferson** <br> County | **Location of principal assets, if different from principal place of business** <br> **22465 Loveland Street Lakewood, CO 80228** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify:

Debtor   **Tonzof Inc.**
_____   Case number (*if known*) _____
Name

**7.   Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.
   _____

**8.   Under which chapter of the Bankruptcy Code is the Debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**     ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District _____ | When ____ | Case number ____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**     ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship to you | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District ____ | When ____ | Case number, if known ____ | |

Debtor    **Tonzof Inc.**
_____     Case number (*if known*) _____
          Name

**11.** **Why is the case filed in** *Check all that apply:*
       **this district?**

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
   preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**      ☑ No
       **have possession of any**       ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **real property or personal**
       **property that needs**
       **immediate attention?**                 **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
   livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                             Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____
         Contact name       _____
         Phone              _____

---

■    **Statistical and administrative information**

**13.** **Debtor's estimation of**   .   *Check one:*
       **available funds**

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of**   ☐ 1-49              ☐ 1,000-5,000        ☐ 25,000-50,000
       **creditors**              ☐ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
                                  ☐ 100-199           ☐ 10,001-25,000      ☐ More than100,000
                                  ☑ 200-999

---

**15.** **Estimated Assets**   ☐ $0 - $50,000              ☑ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

---

**16.** **Estimated liabilities**   ☐ $0 - $50,000              ■ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
                                    ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
                                    ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
                                    ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

---

| Debtor | **Tonzof Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signature** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 16, 2015**
       MM / DD / YYYY

**X** */s/ Gerald B. Eaton*             **Gerald B. Eaton**
Signature of authorized representative of debtor      Printed name

Title    **CEO**

**18. Signature of attorney**

**X** */s/ Kenneth J. Buechler*      Date   **December 16, 2015**
Signature of attorney for debtor            MM / DD / YYYY

**Kenneth J. Buechler**
Printed name

**Buechler Law Office, L.L.C.**
Firm name

**1621 18th Street, Suite 260**
**Denver, CO 80202**
Number, Street, City, State & ZIP Code

Contact phone   **720-381-0045**     Email address   **ken@kjblawoffice.com**

Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Tonzof Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 16, 2015**      *X* **/s/ Gerald B. Eaton**
                                     Signature of individual signing on behalf of debtor

                                       **Gerald B. Eaton**
                                       Printed name

                                       **CEO**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Tonzof Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express-Master Travel Related Services Fort Lauderdale, FL 33336-0001** | | **Revolving Account** | | | | **$74,744.39** |
| **Blish-Mize 2606 Industrial Road Atchison, KS 66002** | | **Trade Debt** | | | | **$122,393.48** |
| **Bradley Caldwell 228 Valmont Industries West Hazleton, PA 18202** | | **Trade Debt** | | | | **$48,117.80** |
| **Dollar Days Americas Suppliers 7575 E. Redfield Road Scottsdale, AZ 85260** | | **Trade Debt** | | | | **$52,852.51** |
| **Fedex Ground, Inc. Dept. CH 10472 Palatine, IL 60055-0472** | | **Shipping** | | | | **$70,212.16** |
| **Fragrancenet.Com Telescents 900 Grand Blvd Deer Park, NY 11729** | | **Trade Debt** | | | | **$126,496.06** |
| **Honest Green 200 Park Avenue, Ste. 1700 New York, NY 10166** | | **Trade Debt** | | | | **$455,196.36** |
| **King Service Holding Inc. 2 Mill Street Cornwall, NY 12518** | | **Trade Debt** | | | | **$51,542.59** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Tonzof Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lumberjack Tools PO Box 730 Chippewa Falls, WI 54729** | | **Trade Debt** | | | | $60,834.22 |
| **Luxor Electronics Ltd. 10788 Roselle St., Ste. 102 San Diego, CA 92121** | | **Trade Debt** | | | | $59,313.57 |
| **Orgill Drop Ship 3742 Tyndale Drive Memphis, TN 38125** | | **Trade Debt** | | | | $134,918.91 |
| **Overseas Connection Inc. 7886 Deering Avenue Canoga Park, CA 91304** | | **Trade Debt** | | | | $58,961.62 |
| **Poly Tex Inc. 27725 Danville Avenue Castle Rock, MN 55010** | | **Trade Debt** | | | | $45,435.00 |
| **Shinn Fu Company of America 10939 North Pomona Avenue Kansas City, MO 64153** | | **Trade Debt** | | | | $60,304.13 |
| **SP Richards 6300 Highlands Pkwy Smyrna, GA 30082** | | **Trade Debt** | | | | $77,983.31 |
| **Teledynamics 2200 Wheless Lane Austin, TX 78723** | | **Trade Debt** | | | | $72,292.39 |
| **UPS Lockbox 577 Carol Stream, IL 60132** | | **Shipping** | | | | $97,835.03 |
| **VBM Sales LLC 10422 SE 244th St. Kent, WA 98030** | | **Trade Debt** | | | | $52,987.64 |
| **West 6th Avenue LLC Attn:  Rental Payments 299 Milwaukee Street, Ste. 501 Denver, CO 80206** | | **Lease - 11111 West 6th Avenue** | | | | $230,226.22 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Tonzof Inc.**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **WYNIT Inc.**<br>**PO Box 717719**<br>**Cincinnati, OH**<br>**45271** | | **Trade Debt** | | | | **$49,943.63** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Tonzof Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................... $ _____0.00

   **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................ $ _____3,011,988.16

   **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................. $ _____3,011,988.16

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
      Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____0.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................... $ _____25,221.63

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................. +$ _____3,828,184.20

4.    **Total liabilities** ...................................................................................................
      Lines 2 + 3a + 3b                                                                                   $ _____3,853,405.83

**Fill in this information to identify the case:**

Debtor name      **Tonzof Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| **Checking**<br>**Last 4 digits of Acc# : 6210**<br>**First Bank Debtor-in-Possession**<br>3.1.. **Checking** | **Checking** | **6210** | **$10,723.35** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | **$10,723.35** |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.. **Orgill Dropship Deposit** | **$20,000.00** |
|---|---|

| 7.2.. **Mirage Pet Products Deposit** | **$5,000.00** |
|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

Debtor   **Tonzof Inc.**                                    Case number *(If known)* _____
　　　　　Name

| | | |
|---|---|---|
| 7.3.. | **Europa Sports Deposit** | **$2,500.00** |

| | | |
|---|---|---|
| 7.4.. | **Gart Properties** | **$0.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.** | **$27,500.00** |
   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **53,898.09**  -  **0.00**  = ....   **$53,898.09**
　　　　　　　　　　　　face amount　　　　　doubtful or uncollectible accounts

12. **Total of Part 3.** | **$53,898.09** |
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor  **Tonzof Inc.**                                          Case number *(If known)* _____
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers** | **$6,171.94** | | **$6,171.94** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.

| | **$6,171.94** |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ■ No.  Go to Part 9.
     ☐ Yes Fill in the information below.

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>**Jumbo Commerce Software** | **$0.00** | | **Unknown** |
| 61.  **Internet domain names and websites**<br>**See Attached List** | **$0.00** | | **Unknown** |
| **www.tonzof.com** | **$0.00** | | **Unknown** |

Debtor **Tonzof Inc.**        Case number *(If known)* _____
        Name

| 62. | **Licenses, franchises, and royalties** **Wal-Mart Referral Fees (Wal-Mart.com Marketplace Licensing Agreement with Torrey Commerce, Inc.)** | $0.00 | | Unknown |
|---|---|---|---|---|

| 63. | **Customer lists, mailing lists, or other compilations** | | | |
|---|---|---|---|---|
| 64. | **Other intangibles, or intellectual property** **Prepayments** | $0.00 | | $76,527.78 |

| 65. | **Goodwill** **Goodwill of Tool King, LLC and Tonzof Inc.** | $0.00 | | Unknown |
|---|---|---|---|---|

| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | | $76,527.78 |
|---|---|---|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) **Tax Year : 2014** **NOL Carryover**    Tax year _____ | $2,837,167.00 |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Tonzof Inc.**                                                    Case number *(If known)* _____
_____
Name

**set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.    **Total of Part 11.**                                                                            | **$2,837,167.00** |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **Tonzof Inc.**                                      Case number *(If known)* _____
      Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,723.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $27,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $53,898.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,171.94 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $76,527.78 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,837,167.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,011,988.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,011,988.16 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

**DomainName**

AIRTOOLHOME.COM
AIRTOOLIDAY.COM
AIRTOOLKING.COM
ALTERNATORKING.COM
ANIMAL-REPELLENTS.COM
AUTOSHOPKING.COM
AUTOTOOLIDAY.COM
AUTOTOOLKING.COM
BASEBOARDHEATERSDIRECT.COM
BDF452HW.COM
BEASTTOOLS.COM
BESTDEWALT.COM
BESTTOOLKING.COM
BETATOOLKING.COM
BETATOOLSTORE.COM
BETTERLIVINGSUPPLIES.COM
BETTERLIVINGSUPPLY.COM
BIGONCHOICES.COM
BIGPOWERTOOLS.COM
BLACKANDYELLOWOUTLET.COM
BLUETOOLKING.COM
BOSCHTOOLKING.COM
BOSCHTOOLSONLINE.COM
BOSTITCHTOOLKING.COM
BUFFALOTOOLKING.COM
BUYMULTITOOLBLADES.COM
BUYSTABILA.COM
BUYTOOLBLADES.COM
CEILINGFANKINGDOM.COM
CORDLESSGRASSMOWERS.COM
CORDLESSTOOLONLINE.COM
CPTOOLKING.COM
CUFFLINKSKING.COM
D24000.COM
DC925KA.COM
DENTALTOOLKING.COM
DENVERTOOL.NET
DENVERWOODWORKINGSHOW.COM
DEUCEHARDWARE.COM
DEVICEKINGS.COM

DEVICELEADER.COM
DEWALTDW717.COM
DEWALTPOWERS.COM
DEWALTSOURCE.COM
DLR165K.COM
DOORHARDWAREKING.COM
DW717.COM
DWD460.COM
DWS780SAW.COM
ECLIPSEPROSKITS.COM
ECLIPSETOOLSTORE.COM
ELECTRONICDOGDOORS.ORG
ELECTRONICDOORLOCKSDIRECT.COM
ELECTRONICLOCKSDIRECT.COM
ELECTRONICPETDOORS.ORG
EROSEMPORIUM.COM
FACILITAIL.COM
FACILITAILER.COM
FARMANDRANCHKING.COM
FARRIERKING.COM
FEINTOOLKING.COM
FEINTOOLSTORE.COM
FESTOOLEXPERTS.COM
FESTOOLKING.COM
FLEXTOOLKING.COM
FLEXTOOLSTORE.COM
GARAGETOOLKING.COM
GARDENTOOLKING.COM
GENERALTOOLKING.COM
GETLASERTOOLS.COM
GLOVEKINGDOM.COM
GOCORDLESSTOOL.COM
GREATDEALTOOLS.COM
GREENAUTOTOOLS.COM
GREENTOOLKING.COM
GUNSAFEKING.COM
HARDTOESHOES.COM
HEALTHYLIVINGSUPPLY.COM
HESTRAWORKGLOVES.COM
HIGHVISIBILITYKING.COM
HIGHVISKING.COM

HITACHICORDLESSDRILLS.COM
HITACHICORDLESSTOOLS.COM
HOTELGUESTSAFES.COM
HOTFORTOOLS.COM
HOWTOBUYTOOLS.COM
ICANHAZKITTYWALK.COM
IDISGUSTTOOLKING.COM
IHATETOOLKING.COM
IMPERIALBLADEKING.COM
IMPERIALBLADESTORE.COM
INDUSTRIALBELTSDIRECT.COM
INDUSTRIALBELTSTORE.COM
INDUSTRIALBELTSUPPLY.COM
INWALLSAFESDIRECT.COM
JANITORKING.COM
JETTOOLKING.COM
JUNKLED.COM
KEYLESSDOORLOCKSDIRECT.COM
KEYLESSLOCKSDIRECT.COM
KINGSBARGAINS.COM
KNOBKING.COM
LASERTOOLKING.COM
LAWNMOWERLIFTS.NET
LEDFLASHLIGHTKING.COM
LIFTLION.COM
LIGHTSFORNIGHTS.COM
LOCKSTATE-LS-1500.COM
LOCKSTATEELECTRONICLOCKS.COM
LOCKSTATEKING.COM
MAKITABDF452HW.COM
MAKITAKING.COM
MAKITAPOWER.COM
MAKITATOOLKING.COM
MECHJACKS.COM
METABOTOOLKING.COM
METABOTOOLSTORE.COM
METALTOOLKING.COM
MILITARYLEATHERMANS.COM
MILWAUKEEKING.COM
MKDIAMONDTOOLKING.COM
MOBUYUS.COM

MOREABOUTTOOLS.COM
MULTITOOLKING.COM
MYBOSCHTOOLS.COM
MYCORDLESSTOOL.COM
MYDENVERTOOL.COM
MYDEWALT.COM
MYDIRECTIMPORT.COM
MYMAKITA.COM
MYMAKITATOOL.COM
MYTOOLBLOG.COM
MYTOOLFORUM.COM
MYTOOLKING.COM
MYTOOLKINGB2B.COM
MYTOOLKINGS.COM
MYTOOLSHOW.COM
MYTOOLWORLD.COM
MYWHOLESALETOOL.COM
MYWOODWORKINGTOOL.COM
NEWSONTOOLS.COM
NEWTOOLKING.COM
NEWTOOLKINGS.COM
NIFTYCUFFLINKS.COM
NOVELTYGRILLS.COM
OFFICIALTK.COM
OFFICIALTOOLKING.COM
OFFICIALTOOLKINGS.COM
ONLYHAMMERS.COM
ONLYSCREWDRIVERS.COM
OWNTOOL.COM
PANELSAWKING.COM
PASLODENAILER.COM
PERFORMANCETOOLKING.COM
PERFORMANCETOOLSHOP.COM
PETDOORKING.COM
PLASTICSHEETINGDIRECT.COM
PORTERCABLETOOLKING.COM
POWERMATICTOOLKING.COM
POWERTOOLCLUB.COM
POWERTOOLS.WS
POWERTOOLSSITE.COM
PRESSUREWASHERKINGDOM.COM

RECONDITIONEDRIDGID.COM
RECONDITIONEDTOOLSSITE.COM
RECONPLASMACUTTERS.COM
RECONWELDERS.COM
REDTOOLKING.COM
REEDTOOLSTORE.COM
REFURBISHED-TOOLS.COM
REFURBISHED.WS
RFIDDOGDOORS.COM
ROCKWELLKING.COM
ROCKWELLTOOLKING.COM
ROCKWELLWORXSTORE.COM
ROUTERBITFORLESS.COM
ROUTERBITS4LESS.COM
ROUTERBITSFORLESS.COM
ROUTERBITSSURPLUS.COM
SAWSTOPBRAKECARTRIDGES.COM
SAWSTOPCONTRACTORSAW.COM
SAWSTOPEXPERTS.COM
SAWSTOPKING.COM
SECURITYDOGDOORS.COM
SELLSPAN.COM
SHARPENSTORE.COM
SNOWBLOWERKING.COM
SOLARPANELKING.COM
SOLARPANELSKING.COM
SPIRALSAWKING.COM
STACKONKING.COM
STEELTOEKING.COM
STEELTOESHOEKING.COM
SURVEILLANCESYSTEMSTORE.COM
SURVIVAL-KING.COM
SWANSONTOOLSTORE.COM
TELEPHONEBUTTSETS.COM
TENYRUBLADES.COM
THEBOSCHTOOLS.COM
THECOLORADOTOOL.COM
THETOOLKINGS.COM
THEUTILITYCARTSTORE.COM
THEWOODWORKINGTOOL.COM
THINGKINGDOM.COM

TKDEPOT.COM
TKOSHOPPES.COM
TKOSHOPS.COM
TKOSTORES.COM
TKOSTORES.NET
TKOSTORES.ORG
TKPROSTORES.COM
TKRECON.COM
TKSUPERSTORE.COM
TKVENDORS.COM
TONSOF.BIZ
TONSOF.CO
TONSOF.COM
TONSOF.INFO
TONSOF.NET
TONSOF.ORG
TONSOF.US
TONZOF.BIZ
TONZOF.CO
TONZOF.COM
TONZOF.INFO
TONZOF.NET
TONZOF.ORG
TONZOF.US
TONZOFCORP.COM
TONZOFDEALS.COM
TONZOFSOURCING.COM
TOOL-ACE.COM
TOOLADAY.COM
TOOLCOMPARE.COM
TOOLEMPEROR.COM
TOOLGENIE.ORG
TOOLGENIUS.ORG
TOOLGIVEAWAY.COM
TOOLHANDLER.ORG
TOOLHAVEN.ORG
TOOLIDAY.COM
TOOLIDOL.COM
TOOLKING.AM
TOOLKING.BIZ
TOOLKING.CC

TOOLKING.com
TOOLKING.FM
TOOLKING.ME.UK
TOOLKING.NAME
TOOLKING.NET.NZ
TOOLKING.ORG.UK
TOOLKING.WS
TOOLKINGB2B.COM
TOOLKINGBARGAINS.COM
TOOLKINGBLOG.COM
TOOLKINGCLASSIFIED.COM
TOOLKINGCLUB.COM
TOOLKINGDEPOT.COM
TOOLKINGGEAR.COM
TOOLKINGHOLDING.COM
TOOLKINGLIVE.COM
TOOLKINGMALL.COM
TOOLKINGOUTLET.COM
TOOLKINGPARLOR.COM
TOOLKINGPEDIA.COM
TOOLKINGPROSTORE.COM
TOOLKINGPROSTORES.COM
TOOLKINGS.CO.UK
TOOLKINGS.NET
TOOLKINGS.ORG
TOOLKINGSERVICE.COM
TOOLKINGSHOW.COM
TOOLKINGSITE.COM
TOOLKINGSTOCK.COM
TOOLKINGSUCKS.COM
TOOLKINGSUPERSTORE.COM
TOOLKINGTOOLS.COM
TOOLKINGVILLAGE.COM
TOOLKINGWEB.COM
TOOLKINGWHOLESALE.COM
TOOLKINGWIKI.COM
TOOLLEADERS.COM
TOOLMOGUL.COM
TOOLMONARCH.COM
TOOLODAY.COM
TOOLOGICS.COM

TOOLPINIONS.COM
TOOLPOLL.COM
TOOLPRINCE.COM
TOOLPRIZE.COM
TOOLQUEENS.COM
TOOLRULER.COM
TOOLRULERS.COM
TOOLSANCTURAY.COM
TOOLSCHOOL.ORG
TOOLSHERPA.COM
TOOLSURPRISE.COM
TOOLTYCOON.COM
TOOLWIKIPEDIA.COM
TRUNK.WORKS
TUNSOF.COM
TUNZOF.COM
USATOOLKING.COM
VERDETOOLS.COM
WOODTOOLIDAY.COM
WOODTOOLKING.COM
WOODWORKINGTOOLSHOP.COM
WORKGLOVEKING.COM
WORKSAFESTORE.COM
WORKSHOEKING.COM
WORXKING.COM
WORXTOOLKING.COM

**Fill in this information to identify the case:**

Debtor name       **Tonzof Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
  amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **Tonzof Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement - Website Integration and related services** | |
| | State the term remaining | | **Torrey Commerce, Inc.** |
| | List the contract number of any government contract | | **8400 Miramar Road, #290** <br> **San Diego, CA 92126** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 11111 West 6th Avenue, Lakewood, CO 80215** | |
| | State the term remaining | | **West 6th Avenue LLC** |
| | List the contract number of any government contract | | **299 Milwaukee Street, Ste. 501** <br> **Denver, CO 80206** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Tonzof Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*

*Column 2: Creditor*

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | Street | | | ☐ D / ☐ E/F / ☐ G |
| | | City  State  Zip Code | | | |
| 2.2 | | Street | | | ☐ D / ☐ E/F / ☐ G |
| | | City  State  Zip Code | | | |
| 2.3 | | Street | | | ☐ D / ☐ E/F / ☐ G |
| | | City  State  Zip Code | | | |
| 2.4 | | Street | | | ☐ D / ☐ E/F / ☐ G |
| | | City  State  Zip Code | | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Tonzof Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                              12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2015** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$5,445,245.76** |
| **For prior year:** From  **1/01/2014** to **12/31/2014** | ■ Operating a business ☐ Other  **Gross Reipts Per 2014 Tax Return** | **$15,045,524.00** |
| **For year before that:** From  **1/01/2013** to **12/31/2013** | ■ Operating a business ☐ Other  **2013 - Gross Receipts per Tax Return** | **$1,373,127.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
    lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

| Debtor | **Tonzof Inc.** | Case number *(if known)* | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Donald Cohen<br>15081 W Warren Avenue<br>Lakewood, CO 80228<br>Former CEO** | **2014/2015** | **$179,236.58** | **Wages** |
| 4.2. | **Bruce Sompolski<br>14846 W Warren Avenue<br>Lakewood, CO 80228<br>Vice President** | **2014/2015** | **$165,016.78** | **Wages** |
| 4.3. | **Jon Cohen<br>15081 W. Warren Avenue<br>Lakewood, CO 80228<br>Director** | **2014/2015** | **$84,868.77** | **Wages** |
| 4.4. | **Zack Eldred<br>3430 S. Ouray Way<br>Aurora, CO 80013<br>Employee** | **7/2015** | **$80.00** | **Hourly wages warehouse cleanup** |
| 4.5. | **Annmarie Eldred<br>3430 S. Ouray Way<br>Aurora, CO 80013<br>Employee** | **7/2015** | **$45.00** | **Traded labor (warehouse cleanup, consult, and mileage for miscellaneous furniture and supplies)** |
| 4.6. | **Ben Skigen<br>2463 S. Carr Ct.<br>Lakewood, CO 80227<br>Employee** | **6/2015** | **$2,714.31** | **Sold computer equipment (warehouse liquidation sales).** |
| 4.7. | **Michelle Almquist**<br><br>**Employee** | **5/2015** | **Unknown** | **Sold Dell PC (warehouse liquidation sales)** |
| 4.8. | **Unknown Third Parties** | **6/2015** | **$3,306.87** | **Sold miscellaneous computer equipment (Warehouse Liquidation Sales) - Cash** |
| 4.9. | **Donald Cohen<br>15081 W Warren Avenue<br>Lakewood, CO 80228<br>Former CEO** | **8/31/2015** | **Unknown** | **Mutual Release Agreement between Tonzof, Inc. and Donald Cohen** |
| 4.10. | **Jonathan S. West<br>Address Unknown<br>Management** | **4/2015** | **$50,786.00** | **Bonus** |
| 4.11. | **Donald Cohen<br>15081 W Warren Avenue<br>Lakewood, CO 80228<br>Former CEO - Partner** | **4/2015** | **$69,457.74** | **Bonus** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold

| Debtor | Tonzof Inc. | | Case number *(if known)* | |

at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Colorado Dept. of Revenue**<br>**1375 Sherman Street**<br>**Denver, CO 80261** | **Notice of Lien & Garnishment; $107.00** | | **$107.00** |
| **West 6th Avenue LLC**<br>**Attn:  Rental Payments**<br>**299 Milwaukee Street, Ste. 501**<br>**Denver, CO 80206** | **Surrendered leased property - 1111 West 6th Avenue, Lakewood, Colorado** | **6/2015** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **West Sixth Avenue, LLC v. Tool King, LLC;**<br>**2015CV031096** | **FED** | **Jefferson County District Court; Golden,** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **D & H Distributing Company v. Tonzof, Inc. dba Tool King;**<br>**2015C038651** | **Money** | **Jefferson County County Court, Golden, C** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Green Supply, Inc. v. Tonzof, Inc. ; 2015CV31252** | **Money** | **Jefferson County District Court, Golden,** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Quick Soldering USA Inc. v. Tonzof, Inc.; 2015S500128** | **Money** | **Jefferson County Small Claims Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Orgill, Inc. v. Tonzof, Inc.; CT-003306-15** | **Civil** | **Circuit Court of Tennessee, Memphis, Ten** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Longevity Global, Inc. v. Tonzof Inc.; Case No. HS15771727** | **Money** | **Superior Court of California, County of** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor   **Tonzof Inc.**                                                                     Case number (if known)

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

## Part 4:   Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5:   Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6:   Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?  Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kenneth J. Buechler  1621 18th Street, Suite 260  Denver, CO 80202 | Retainer $40,916.13 | 12/ 2015 | $15,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13.  Transfers not already listed on this statement**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

Debtor   __Tonzof Inc.__                                       Case number *(if known)* _____

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Unknown** | **Sales of Furniture, Fixtures and Equipment;** | | **$0.00** |
| | Relationship to debtor | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **11111 West 6th Avenue, Lakewood, CO 8022** | **2001 - 6/2015** |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor   **Tonzof Inc.**                                    Case number *(if known)*

---

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **UMB Bank**<br>**6900 East Hampden Avenue**<br>**Denver, CO 80222** | XXXX-697147062 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **$21,000; 2015** | **$21,000.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

---

| Debtor | Tonzof Inc. | Case number *(if known)* | |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.     **EKS&H** **7979 E. Tufts AVenue, Suite 400** **Denver, CO 80237** | **2014, 2015** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Debtor   **Tonzof Inc.**                                          Case number *(if known)* _____

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **EKSH** | **2014** |  |
|  | Name and address of the person who has possession of inventory records |  |  |
| 27.2. | **Jim Nielsen, CPA** | **2013** |  |
|  | Name and address of the person who has possession of inventory records |  |  |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bruce Sompolski** | **14846 W Warren Avenue Lakewood, CO 80228** | **Director** | **0** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Gerald Eaton** | **2246 S Loveland Street Lakewood, CO 80228** | **Director** | **16.2963** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Elwood Spedden** | **5916 Watson Drive Fort Collins, CO 80528** | **Director** | **1.6296%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Donald Cohen** |  | **CEO** |  |

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   __Tonzof Inc._____   Case number *(if known)* _____

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __December 16, 2015_____

__/s/ Gerald B. Eaton_____                __Gerald B. Eaton_____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   __CEO_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Colorado

In re   **Tonzof Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alan Ebert As CUST Nicholas Ebert UGMA**<br>**7723 Granit Ridge Lane**<br>**Houston, TX 77095** | **Preferred Shareholder** | **.13960%** | **Ownership** |
| **Alan Talesnick**<br>**5030 Bow Mar Drive**<br>**Littleton, CO 80123** | **Preferred Shareholder** | **1.6296%** | **Ownership** |
| **Alanick LLC**<br>**c/o Alan Ebert**<br>**7723 Branite Ridge Lane**<br>**Houston, TX 77095** | **Preferred Shareholder** | **8.1481%** | **Ownership** |
| **Beacon Madison UTMA**<br>**c/o Aspenwood Capital**<br>**1601 Arapahoe Street, 4th Floor**<br>**Denver, CO 80202** | **Preferred Shareholder** | **.0419%** | **Ownership** |
| **Cascade Wholesale Hardware**<br>**C/O Michael Parr**<br>**5650 NW Wagon Way**<br>**Hillsboro, OR 97124** | **Preferred Shareholder** | **6.9800%** | **Ownership** |
| **Chris Wrolstad**<br>**c/o Aspenwood Capital**<br>**1601 Arapahoe Street, 4th Floor**<br>**Denver, CO 80202** | **Preferred Shareholder** | **.5584%** | **Ownership** |
| **Chris Wrolstad**<br>**Aspenwood Capital**<br>**1601 Arapahoe Street, 4th Floor**<br>**Denver, CO 80202** | **Preferred Shareholder** | **2.9316%** | **Ownership** |
| **Daniel B. McGregor**<br>**PO Box 5011**<br>**Englewood, CO 80155** | **Preferred Shareholder** | **.6980%** | **Ownership** |
| **Daniel B. McGregor ROTH IRA**<br>**PO Box 5011**<br>**Englewood, CO 80155** | **Preferred Shareholder** | **.6980%** | **Ownership** |
| **Dirk C Visser**<br>**PO Box 2473**<br>**Missoula, MT 59806** | **Preferred Shareholder** | **1.3960%** | **Ownership** |

Sheet 1 of 5 in List of Equity Security Holders

In re: __Tonzof Inc.__                                    Case No. _____

                                 Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Eleanor May Joan Roberts**<br>**7 Ullswater**<br>**Macclesfield**<br>**Cheshire, UK SK77Y** | **Preferred Shareholder** | **3.4900%** | **Ownership** |
| **Elizabeth Gilberte Estienne**<br>**2025 Commonwealth Ave., Apt. 3**<br>**Brighton, MA 02135** | **Preferred Shareholder** | **1.3960%** | **Ownership** |
| **Ellen Ossello UTMA**<br>**c/o Aspenwood Capital**<br>**1601 Arapahoe Street, 4th Floor**<br>**Denver, CO 80202** | **Preferred Shareholder** | **0.1396%** | **Ownership** |
| **Elwood And Phyllis Spedden**<br>**5916 Watson Drive**<br>**Fort Collins, CO 80528** | **Preferred Shareholder** | **1.6296%** | **Ownership** |
| **George Wood**<br>**55 Madison Street, Suite 680**<br>**Denver, CO 80206** | **Preferred Shareholder** | **6.9800%** | **Ownership** |
| **Gerald B. Eaton**<br>**2246 S. Loveland Street**<br>**Lakewood, CO 80228** | **Preferred Shareholder** | **16.2963%** | **Ownership** |
| **Gianna Ossello UTMA**<br>**c/o Aspenwood Capital**<br>**1601 Arapahoe Street, 4th Floor**<br>**Denver, CO 80202** | **Preferred Shareholder** | **0.1396%** | **Ownership** |
| **Gregory J. Erigero**<br>**29 Nunes Drive**<br>**Novato, CA 94945** | **Preferred Shareholder** | **1.7450%** | **Ownership** |
| **Gregory Sauber**<br>**1124 S. Gilpin Street**<br>**Denver, CO 80210** | **Preferred Shareholder** | **.4188%** | **Ownership** |
| **Guy J. And Madeline A Ossello JTWROS**<br>**75 Burning Tree Lane**<br>**Butte, MT 59701** | **Preferred Shareholder** | **1.0470%** | **Ownership** |
| **Guy Ossello**<br>**75 Burning Tree Lane**<br>**Butte, MT 59701** | **Preferred Shareholder** | **1.3960%** | **Ownership** |

List of equity security holders consists of 5 total page(s)

In re:  **Tonzof Inc.**                                         Case No. _____

_____
                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Harold R. Madison**<br>**c/o Aspenwood Capital**<br>**1601 Arapahoe Street, 4th Floor**<br>**Denver, CO 80202** | **Preferred Shareholder** | **1.0749%** | **Ownership** |
| **Jacob Philip Roberts**<br>**21A Broad Lane**<br>**Hale, Altrincham**<br>**Cheshire, UK WA150** | **Preferred Shareholder** | **3.4900%** | **Ownership** |
| **Leigh Severance**<br>**14282 E. Caley Avenue**<br>**Aurora, CO 80016** | **Preferred Shareholder** | **9.7778%** | **Ownership** |
| **Lindsey Anotinia Roberts**<br>**21A Broad Lane**<br>**Hale, Altrincham**<br>**Cheshire, UK WA150** | **Preferred Shareholder** | **3.4900%** | **Ownership** |
| **Luke Madison UTMA**<br>**c/o Aspenwood Capital**<br>**1601 Arapahoe Street, 4th Floor**<br>**Denver, CO 80202** | **Preferred Shareholder** | **.0419%** | **Ownership** |
| **Michael Barish**<br>**200 Columbine Street, Ste. 800**<br>**Denver, CO 80206** | **Preferred Shareholder** | **6.9800%** | **Ownership** |
| **Milton Datsopoulos**<br>**201 W. Main Street, Suite 201**<br>**Missoula, MT 59802** | **Preferred Shareholder** | **1.3960%** | **Ownership** |
| **Monarch Assurance PLC**<br>**61 Washway Road**<br>**Sale, Chesire M33 7SS**<br>**United Kingdom** | **Preferred Shareholder** | **16.2963%** | **Ownership** |
| **Nicholas Ossello UTMA** | **Preferred Shareholder** | **0.1396%** | **Ownership** |
| **Pascal Estienne**<br>**Efimova 6 - Apt. 38**<br>**190031 St. Petersburg**<br>**Russia** | **Preferred Shareholder** | **.2713%** | **Ownership** |
| **Paul Lewis IRA**<br>**1930 Clover Street**<br>**Rochester, NY 14618** | **Preferred Shareholder** | **1.3960%** | **Ownership** |

In re:   **Tonzof Inc.**                                                      Case No. _____

_____
                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Philip W. Roberts And Linda A. Roberts**<br>**21A Broad Lane**<br>**Hale, Altrincham**<br>**Cheshire, UK WA150** | **Preferred Shareholder** | **4.0741%** | **Ownership** |
| **RBC Cap Market LLC Cust**<br>**Harold R. Maridson Sep IRA**<br>**c/o Aspenwood Capital**<br>**1601 Arapahoe Street, 4th Floor**<br>**Denver, CO 80202** | **Preferred Shareholder** | **.3211%** | **Ownership** |
| **Rechem Holding AG**<br>**Bolligenstrasse 1B**<br>**Postfach CH 3000 Bern 25** | **Preferred Shareholder** | **4.8889%** | **Ownership** |
| **Rich Burtness**<br>**2401A Waterman Blvd., #4-133**<br>**Fairfield, CA 94534** | **Preferred Shareholder** | **.5337%** | **Ownership** |
| **Richard Sweeney**<br>**24 Penryn Avenue,**<br>**Sale**<br>**Cheshire, UK M33PU** | **Preferred Shareholder** | **1.3960%** | **Ownership** |
| **Si Timberman**<br>**865 McClay Road**<br>**Novato, CA 94947** | **Preferred Shareholder** | **.6980%** | **Ownership** |
| **Slade Madison UTMA**<br>**c/o Aspenwood Capital**<br>**1601 Arapahoe Street, 4th Floor**<br>**Denver, CO 80202** | **Preferred Shareholder** | **.0419%** | **Ownership** |
| **Steve Ossello**<br>**3926 Rolfe Ct.**<br>**Wheat Ridge, CO 80033** | **Preferred Shareholder** | **1.3960%** | **Ownership** |
| **Steve Ossello IRA**<br>**1601 Arapahoe Street, 4th Floor**<br>**Denver,, CO 80202** | **Preferred Shareholder** | **.6980%** | **Ownership** |
| **Steve Ossello SEP IRA**<br>**1601 Arapahoe Street, 4th Floor**<br>**Denver, CO 80202** | **Preferred Shareholder** | **.6980%** | **Ownership** |
| **Terry Staples**<br>**6705 E. Dorado Place**<br>**Greenwood Village, CO 80111** | **Preferred Shareholder** | **.5584%** | **Ownership** |

List of equity security holders consists of 5 total page(s)

In re:   **Tonzof Inc.**                                                          Case No. _____

                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Tom Grotewold**<br>**1331 17th Street, M-100**<br>**Denver, CO 80202** | **Preferred Shareholder** | **.6980%** | **Ownership** |
| **W + O Enterprises LLC**<br>**C/O Chris Wrolstad**<br>**1601 Arapahoe Street, 4th Floor**<br>**Denver, CO 80202** | **Preferred Shareholder** | **.6980%** | **Ownership** |
| **William Ulland**<br>**7120 Milford Street**<br>**Duluth, MN 55807** | **Preferred Shareholder** | **.6980%** | **Ownership** |
| **Wimmer Roofing And Exteriors, Inc.**<br>**5001 S. Parker Road, Suite 207**<br>**Aurora, CO 80015** | **Preferred Shareholder** | **.3490%** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **December 16, 2015**                          Signature   **/s/ Gerald B. Eaton**

                                                                   **Gerald B. Eaton**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Colorado

In re    **Tonzof Inc.**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 16, 2015**

**/s/ Gerald B. Eaton**

**Gerald B. Eaton**/CEO
Signer/Title